JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **TRACY LEE DOTSON,** | ) |
| Petitioner, | ) Case No.  CV 14-6040-CAS(AJW) |
| v. | ) |
| **INTERNAL AFFAIRS,** | ) JUDGMENT |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: August 11, 2014

*Christina A. Snyder*
_____
Christina A. Snyder
United States District Judge